# STRAUS & BOIES, LLP

### ATTORNEYS AT LAW
### 4041 UNIVERSITY DRIVE
### FIFTH FLOOR
### FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 764-8700
FACSIMILE: (703) 764-8704

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2006 FEB -6 PM 2: 56

NANCY M.
MAYER-WHITTINGTON
CLERK

February 6, 2006

Clerk of the Court
U.S. District Court for the
District of Columbia
333 Constitution Avenue
Washington, DC 20001

      Re:    *Strategic Technologies, Pte, Ltd., v. Republic of China (Taiwan)*
             Case No. 1:05cv02311

To: Clerk of the Court

We are counsel to Strategic Technologies, Pte, Ltd., in the above referenced action. Pursuant to the Foreign Sovereign Immunities Act, 28 USC Section 1608(a)(3), we respectfully request that the Court serve the enclosed Complaint for Recognition of a Judgment, Summons in a Civil Case, and Notice of Suit upon the following:

      Republic of China (Taiwan)
      Attn: Ching-long Lu, Director General
      Ministry of Foreign Affairs
      2 Kaitakelan Blvd.
      Tapei, 100
      Taiwan, R.O.C.

Please do not hesitate to contact me if you have any questions or concerns.

             Sincerely,

             Timothy Battin, Esq.

RECEIVED
FEB 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ALABAMA · VIRGINIA · CALIFORNIA · NEW YORK · COLORADO · TENNESSEE