UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

<u>STRATEGIC TECHNOLOGIES, PTE, LTD.</u>
  Plaintiff(s)

v.                                Civil Action No. 05-2311

<u>REPUBLIC OF CHINA (TAIWAN)</u>
  Defendant(s)

### CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the 10Th day of <u>FEBRUARY</u>, ~~19~~ 2006, I mailed:

[ ]  Copy of the summons and complaint by registered mail, return receipt requested, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

[ ]  Copy of the summons and complaint, together with a translation of each into the official language of the foreign state to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. 1608(b)(3)(B).

[X]  Copy of the summons and complaint and a notice of suit together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 USC 1608(a)(3).

[ ]  Two copies of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the Bureau os Consular Affairs, Office of Policy Review & Interagency Liaison, 1800 G Street, NW, Suite 2100,Washington,D.C. 20522, Attn: Edward Betancourt, pursuant to the provisions of 28 USC 1608(a)(4).

[ ]  Copy of plaintiff's Notice of Attachment Before Judgment by first class mail.

NANCY MAYER-WHITTINGTON, CLERK

By _____
     Deputy Clerk

RECEIVED
FEB 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| Registered No. RB754621316US | | | Date Stamp |
|---|---|---|---|
| Reg. Fee $ $7.90 | | Special Delivery $ | |
| Handling Charge $ $0.00 | | Return Receipt $ $1.85 | FAIRFAX VA 22030 FEB 10 2006 USPS |
| Postage $11.45 | | Restricted Delivery $ $0.00 | |
| Received by | | | |
| Customer Must Declare Full Value $ $0.00 | | ☐ With Postal Insurance ☒ Without Postal Insurance | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |

FROM: U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE., NW
WASHINGTON, DC 20001    USA

TO: REPUBLIC OF CHINA (TAIWAN)
ATTN: CHING-LONG LU, DIRECTOR GENERAL
MINISTRY OF FOREIGN AFFAIRS
2 KAITAKELAN BLVD, TAIPEI, 100
TAIWAN, R.O.C.

PS Form 3806, February 1995    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)