Structure and Functions - Ministry of Foreign Affairs, Republic of China

# Structure and Functions

Structure and Functions



Organizational chart:

- Minister
  - Deputy Minister
    - Vice Minister
    - Vice Minister

Departments and offices:
- Office of Secretaries
- Department of East Asian and Pacific Affairs
- Department of West Asian Affairs
- Department of African Affairs
- Department of European Affairs
- Department of North American Affairs
- Department of Central and South American Affairs
- Department of Treaty and Legal Affairs
- Department of International Organizations
- Department of Information and Cultural Affairs
- Department of Protocol
- Department of Economic and Trade Affairs
- Department of General Affairs
- Department of Archives and Information Management
- Department of Telecommunications Services
- Department of Personnel
- Department of Government Ethics
- Department of Accounting
- Congressional Liaison Unit
- Research and Planning Committee
- Legal Affairs Committee
- Foreign Service Institute
- Bureau of Consular Affairs
- Association of East Asian Relations
- Coordination Council for North American Affairs
- NGO Affairs Committee
- Committee on Japanese Affairs