Principal Officers - Ministry of Foreign Affairs, Republic of China

正體中文　簡體中文　English　PDA版

HOME　FAQ　Minister's Mailbox　SITEMAP

# MINISTRY OF FOREIGN AFFAIRS, REPUBLIC OF CHINA (TAIWAN)

中華民國（台灣）外交部

HOME > About MOFA > Principal Officers

:::Center Area

## Principal Officers

- Mr. James C. F. Huang
- Dr. Michael Ying-mao Kau
- Mr. Francisco L.Y. Hwang

Page no 1/1, 3 articles, go to page [ 1 ] PAGE, [ 15 ] items perPage

:::左側區塊

**About MOFA**
- Foreign Policy Guidelines
- Principal Officers
- Structure and Functions

**NEWS**

**Foreign Affairs**

**Embassies, Consulates, and Missions Abroad**

**Foreign Embassies and Missions in the ROC (Taiwan)**

**Bilingual Glossary**