正體中文   簡體中文   English           HOME        FAQ        Minister's Mailbox        SITEMAP
PDA版

# 中華民國(台灣)外交部

## MINISTRY OF FOREIGN AFFAIRS, REPUBLIC OF CHINA (TAIWAN)

:::左側區塊

Home > About MOFA > Principal Officers

**About MOFA**

Foreign Policy Guidelines

Principal Officers

Structure and Functions

Foreign Affairs NEWS

Embassies, Consulates, and Missions Abroad

Foreign Embassies and Missions in the ROC (Taiwan)

Bilingual Glossary

Sustainable Environment Index

ROC Information

Statistics

Links

:::中間內容區塊

## Principal Officers



黃志芳先生
**Mr. James C. F. Huang**

【DATE OF BIRTH】

September 14, 1958

【PLACE OF BIRTH】

Tainan City, Taiwan

【CURRENT_POSITION】

Minister of Foreign Affairs (January 25, 2006 to present)

【EXPERIENCE】

2004 Deputy Secretary-General to the President, Office of the President
2002 Director-General, Department of Public Affairs, Office of the President
2001 Deputy Director-General, Department of Information and Liaison, Mainland Affairs Council, Executive Yuan
2000 Senior Researcher, Mainland Affairs Council, Executive Yuan
1999 Assistant Deputy-General, Department of Policy and Planning, Mainland Affairs Council, Executive Yuan
1999 Assistant Deputy-General and Section Chief of the First Section, Department of North American Affairs, Ministry of Foreign Affairs
1996 Section Chief, First Section, Department of North American Affairs, Ministry of Foreign Affairs

Taipei Economic and Cultural Representative Office in the United States
1989 Officer, Secretariat, Ministry of Foreign Affairs
1986 Officer, Department of North American Affairs, Ministry of Foreign Affairs

【EDUCATION】

BA, International Relations, Department of Political Science, National Taiwan University

【MARITAL STATUS】

Married to Charlene Ting with two daughters and one son

Sitemap ? Privacy Policy

MINISTRY OF FOREIGN AFFAIRS, REPUBLIC OF CHINA
Address : 2 Kaitakelan Blvd. Taipei, 100, Taiwan, R.O.C.
TEL: 886-2-2348-2999