UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------X
STRATEGIC TECHNOLOGIES,  )
    PTE, LTD.,  )
    )
    Plaintiff,  )
    )  Civil Action No. 05-2311
v.  )  Judge: Rosemary M. Collyer
    )
REPUBLIC OF CHINA (TAIWAN),  )
    )
    Defendant.  )
---------------------------------------------------X

### CONSENT MOTION FOR ENLARGEMENT OF TIME

With the consent of the Defendant, and reserving all rights and defenses, Plaintiff, through counsel, moves that the time for Plaintiff to respond to the Motion to Dismiss filed by the Defendant be extended to May 12, 2006.

A proposed form of order is attached.

Dated: April 12, 2006

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  Timothy Battin (DC Bar # 436303)
                                                  Straus & Boies, LLP
                                                  4041 University Dr.
                                                  Fifth Floor
                                                  Fairfax, VA  22030
                                                  (703) 764-8700 (Tel)
                                                  (703) 764-8704 (Fax)

                                                  Of Counsel:
                                                  Michael Straus (NY Bar #1721125)
                                                  Mark Schirmer (TN Bar #019717;

NY # 2258614)
1130 22nd Street South
Birmingham, AL  35205
(205) 324-3800 (Tel)
(205) 324-3996 (Fax)

Attorneys for Strategic
Technologies, Pte, Ltd., Plaintiff.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------X
STRATEGIC TECHNOLOGIES,       )
    PTE, LTD.,            )
                                      )
            Plaintiff,    )
                                     )        Civil Action No. 05-2311
v.                            )        Judge: Rosemary M. Collyer
                                     )
REPUBLIC OF CHINA (TAIWAN),   )
                                   )
            Defendant.     )
------------------------------------------------------X

## CONSENT ORDER FOR ENLARGEMENT OF TIME

With the consent of the Plaintiff and moving Defendant, it is ORDERED that Plaintiff shall have until May 12, 2006 to file its response to the Motion to Dismiss filed by Defendant.

Dated: April __, 2006

                                                                    _____
                                                                    Rosemary M. Collyer
                                                                    United States District Judge