UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STRATEGIC TECHNOLOGIES, PTE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> REPUBLIC OF CHINA (TAIWAN), <br><br> Defendant. | Civil Action No. 05-2311 <br> Judge: Rosemary M. Collyer |

**MOTION FOR LEAVE TO AMEND CONSENT MOTION FOR ENLARGEMENT OF TIME**

Comes now Plaintiff Strategic Technologies PTE, Ltd. ("Plaintiff") and respectfully requests leave of the Court to file an Amended Consent Motion for Enlargement of Time in accordance with LCvR 7(i), and in support of its Motion, Plaintiff states as follows:

1. Plaintiffs shall include an Amended Consent Motion for Enlargement of Time setting forth good cause upon which the Amended Motion should be granted.

2. Plaintiffs shall include with the Amended Consent Motion for Enlargement of Time the Affidavit of Mark J. Schirmer in support of the Amended Motion.

3. Plaintiff's counsel has conferred with counsel for the Defendant regarding the relief requested herein and they have reviewed and approved this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion and permit amendment of Plaintiff's previously filed Consent Motion for Enlargement of Time.

The proposed Amended Consent Motion for Enlargement of Time, supporting affidavit, and respective proposed orders are attached to this Motion.

Dated: April 12, 2006

Respectfully submitted,

_____/s/_____
Timothy Battin (DC Bar # 436303)
Straus & Boies, LLP
4041 University Dr.
Fifth Floor
Fairfax, VA  22030
(703) 764-8700 (Tel)
(703) 764-8704 (Fax)

Of Counsel:
Michael Straus (NY Bar #1721125)
Mark Schirmer (TN Bar #019717;
NY # 2258614)
1130 22nd Street South
Birmingham, AL  35205
(205) 324-3800 (Tel)
(205) 324-3996 (Fax)

Attorneys for Strategic Technologies, Pte, Ltd., Plaintiff.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STRATEGIC TECHNOLOGIES,<br>PTE, LTD.,<br><br>      Plaintiff,<br><br>v.<br><br>REPUBLIC OF CHINA (TAIWAN),<br><br>      Defendant. | Civil Action No. 05-2311<br>Judge: Rosemary M. Collyer |

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO AMEND CONSENT MOTION FOR ENLARGEMENT OF TIME

Upon consideration of Plaintiff's Motion for Leave to Amend Consent Motion for Enlargement of Time, it is hereby:

**ORDERED** that the Motion is **GRANTED**, and

It is **ORDERED** that Plaintiff shall be allowed to submit an Amended Consent Motion for Enlargement of Time.

Dated: _____

_____
The Honorable Rosemary M. Collyer
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STRATEGIC TECHNOLOGIES, )
PTE, LTD., )
 )
       Plaintiff, )
 )    Civil Action No. 05-2311
v. )    Judge: Rosemary M. Collyer
 )
REPUBLIC OF CHINA (TAIWAN), )
 )
       Defendant. )

### AMENDED CONSENT MOTION FOR ENLARGEMENT OF TIME

Comes now Plaintiff Strategic Technologies, PTE, Ltd. ("Plaintiff") and respectfully moves this Court to approve this Amended Motion and thereby extend the time for Plaintiff to respond to the Defendant's Motion to Dismiss until May 12, 2006.

Through this Amended Motion and the supporting Affidavit of Mark J. Schirmer, Counsel believes they have set forth good cause for granting an extension of time to respond to the Motion to Dismiss and includes, among other reasons, the following considerations:

    1.    Fed. R. Civ. P. 6 provides the court with discretion to grant extensions of time on motion - or without motion and notice - if the motion is filed prior to the deadline. Fed. R. Civ. P. 6(b)(1). When a request for additional time is made before the expiration of the period originally prescribed, a district court may enlarge the period "for cause shown." Fed. R. Civ. P. 6(b)(1). An application under Rule 6(b)(1) normally will be granted in the absence of bad faith or prejudice to the adverse party. As is true with all

of the Federal Rules of Civil Procedure, Rule 6 is to "be construed and administered to secure the just, speedy, and inexpensive determination of every action." *Koehler v. Dodwell*, 2000 U.S. App. LEXIS 12138 at **8-9 (4th Cir. 2000)(finding abuse of discretion in failure to grant extension of time to respond to motion to dismiss; citations omitted); see *Hoffman v. Kennedy*, 30 F.R.D. 50, 51-2 (E.D. Pa. 1962) (granting enlargement of time).

    2.    The necessary cause for an extension in this case is demonstrated by:

        a.    Both Plaintiff and Defendant being foreign entities whose status as such presents inherent difficulties in the speedy and efficient communication with opposing counsel.

        b.    The complexities of dealing with international clients makes communication with the clients relatively more time consuming and cumbersome than with domestic clients.

        c.    The issues underlying the Defendant's Motion to Dismiss are important and will take additional time to analyze and brief.

        d.    The eleven ("11") day time frame for filing a Response includes the Passover and Easter holidays, thereby reducing counsel's time to respond.

        e.    The agreement and judgment of counsel for both parties, that given the above, an enlargement of time is appropriate and would facilitate the litigation.

Plaintiff's counsel has conferred with counsel for the Defendant and they have mutually agreed to May 12, 2006 as an acceptable date upon which Plaintiff's Response

shall become due. This agreement takes into consideration unique circumstances surrounding both Plaintiff and Defense counsel, including the current engagement of primary attorneys for the Plaintiff and for the Defendant on other matters, including trial preparations, preparing appellate briefs and completing briefing on other motions to dismiss during the next two to three weeks.

WHEREAS, with the consent of the Defendant, and reserving all rights and defenses, Plaintiff, through counsel, respectfully moves this Court to approve this Amended Motion and grant that the time for Plaintiff to respond to the Defendant's Motion to Dismiss be extended to May 12, 2006.

A proposed order is attached.

Dated: April 12, 2006                                           Respectfully submitted,


                                                                /s/
                                                                Timothy Battin (DC Bar # 436303)
                                                                Straus & Boies, LLP
                                                                4041 University Dr.
                                                                Fifth Floor
                                                                Fairfax, VA 22030
                                                                (703) 764-8700 (Tel)
                                                                (703) 764-8704 (Fax)

                                                                Of Counsel:
                                                                Michael Straus (NY Bar #1721125)
                                                                Mark Schirmer (TN Bar #019717;
                                                                NY # 2258614)
                                                                1130 22nd Street South
                                                                Birmingham, AL 35205
                                                                (205) 324-3800 (Tel)
                                                                (205) 324-3996 (Fax)

                                                                Attorneys for Strategic
                                                                Technologies, Pte, Ltd., Plaintiff.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STRATEGIC TECHNOLOGIES, PTE, LTD., ) ) ) ) Plaintiff, ) ) v. ) ) REPUBLIC OF CHINA (TAIWAN), ) ) Defendant. ) ) | Civil Action No. 05-2311 Judge: Rosemary M. Collyer |

### [PROPOSED] CONSENT ORDER FOR ENLARGEMENT OF TIME

Upon consideration of the Amended Consent Motion for Enlargement of Time and supporting Affidavit of Mark J. Schirmer, and under consideration that such Motion was arrived at with the consent of both parties, it is hereby

**ORDERED** that the Amended Motion is **GRANTED**, and

It is **ORDERED** that Plaintiff shall have until May 12, 2006 to file its response to the Motion to Dismiss filed by Defendant.


Dated: April __, 2006


                                         _____
                                         The Honorable Rosemary M. Collyer
                                         United States District Judge