UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **STRATEGIC TECHNOLOGIES,** | ) | |
| **PTE, LTD.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Civil Action No. 05-2311 |
| v. | ) | Judge: Rosemary M. Collyer |
| | ) | |
| **REPUBLIC OF CHINA (TAIWAN)** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The ROC having moved for an order dismissing the complaint; and Strategic Tech having opposed the motion; and the ROC having replied to the opposition; and the Court having considered the submissions of the parties and the record herein; and the Court having found there to be grounds for dismissing the complaint without prejudice to Strategic Tech's right to replead; and good cause appearing,

IT IS this _____ day of _____, 2006,

ORDERED that the ROC's motion to dismiss be, and it hereby is, GRANTED; and it is further

ORDERED that the complaint be, and it hereby is, dismissed without prejudice to Strategic Tech's right to replead within _____ days from the date of this Order.

_____
Rosemary M. Collyer
United States District Judge