UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STRATEGIC TECHNOLOGIES,** ) <br> **PTE, LTD.,** ) <br> ) <br> **Plaintiff,** ) <br> ) Civil Action No. 05-2311 <br> v. ) Judge: Rosemary M. Collyer <br> ) <br> **REPUBLIC OF CHINA (TAIWAN)** ) <br> ) <br> **Defendant.** ) | |

### THE ROC'S CONTINGENT MOTION
### FOR EXTENSION OF TIME TO REPLY

If the Court is inclined to consider the merits of the subject matter jurisdiction arguments contained in Strategic Tech's Opposition to the ROC's Motion to Dismiss, rather than order Strategic Tech to file a new complaint, then the ROC moves for an extension of time to and including 15 days after the Court so rules to supplement its reply to the Opposition. There is good cause for such relief. The ROC will require the requested additional time to address the merits of Strategic Tech's subject matter jurisdiction arguments. The Court has authority to grant such relief pursuant Rule 6(b)(1), FRCivP.

Strategic Tech consents to this motion. A proposed order is submitted herewith.

Respectfully submitted,

/s/_____
Thomas G. Corcoran, Jr.
D.C. Bar No. 143693
Berliner, Corcoran & Rowe, LLP
1101 17th Street, Northwest
Suite 1100
Washington, DC 20036
Telephone: (202) 293-5555
Fax: (202) 293-9035
E-mail: tgc@bcr-dc.com

May 18, 2006