UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STRATEGIC TECHNOLOGIES, PTE, LTD.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. 05-2311** |
| v. ) | **Judge: Rosemary M. Collyer** |
| ) | |
| **REPUBLIC OF CHINA (TAIWAN)** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

The ROC having moved for an order extending its time to reply to Strategic Tech's Opposition to the ROC's Motion to Dismiss; and Strategic Tech having consented; and the Court having considered the record herein; and good cause appearing,

IT IS this _____ day of _____, 2006,

ORDERED that the ROC's motion be, and it hereby is, GRANTED; and it is further

ORDERED that the ROC's time to further reply to Strategic Tech's Opposition to the ROC's Motion to Dismiss the complaint be, and it hereby is, extended to and including _____, 2006.

_____
Rosemary M. Collyer
United States District Judge