# STRAUS & BOIES, LLP
### ATTORNEYS AT LAW
### 4041 UNIVERSITY DRIVE
### FIFTH FLOOR
### FAIRFAX, VIRGINIA 22030
### TELEPHONE: (703) 764-8700
### FACSIMILE: (703) 764-8704

October 16, 2006

Clerk of the Court
U.S. District Court for the
District of Columbia
333 Constitution Avenue
Washington, DC 20001

    Re:   *Strategic Technologies, Pte, Ltd., v. Republic of China (Taiwan)*
           Case No. 1:05cv02311

To: Clerk of the Court

    We are counsel to Strategic Technologies, Pte, Ltd., in the above referenced action. Pursuant to the Foreign Sovereign Immunities Act, 28 USC Section 1608(a)(3), we respectfully request that the Court serve the enclosed Amended Complaint for Recognition of a Judgment, Summons in a Civil Case, and Notice of Suit upon the following:

    Republic of China (Taiwan)
    Attn: James C.F. Huang, Minister,
    Ministry of Foreign Affairs
    2 Kaitakelan Blvd.
    Tapei, 100
    Taiwan, R.O.C.

Please do not hesitate to contact me if you have any questions or concerns.

                              Sincerely,

                              Timothy Battin, Esq.

TB/ejr