UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STRATEGIC TECHNOLOGIES,** )<br>     **PTE, LTD.,** )<br> )<br>     **Plaintiff,** )<br> )<br> v. )<br> )<br>**REPUBLIC OF CHINA (TAIWAN)** )<br> )<br>     **Defendant.** ) | Civil Action No. 05-2311<br>Judge: Rosemary M. Collyer |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, Laina C. Wilk, hereby appears as counsel for Defendant, The Republic of China (Taiwan), in this action and accordingly requests that all papers and notices served in the action be served upon her by electronic means or otherwise at the address stated below.

Dated: Washington, D.C.
       October 20, 2006

BERLINER, CORCORAN & ROWE, L.L.P.
Attorney for Defendants

/s/   Laina C. Wilk
Laina C. Wilk
D.C. Bar No. 477412
1101 17th Street, N.W.
Suite 1100
Washington, D.C.  20036-4798
Telephone:  (202) 293-5555
Fax:  (202) 293-9035
E-mail:  lcw@bcr-dc.com