CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

STRATEGIC TECHNOLOGIES, PTE, LTD.
_____
Plaintiff(s)

vs.

Civil Action No.: 05-2311 (RMC)

REPUBLIC OF CHINA (TAIWAN)
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __23rd__ day of __October__, 20 __06__, I mailed:

1. ☐ One copy of the summons and complaint by registered mail, return receipt requested, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒ One copy of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).


NANCY MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk

05-2311 (RMC)

**Registered No.** R8843314992US

| | | | |
|---|---|---|---|
| Reg. Fee $ | $7.90 | Special Delivery $ | |
| Handling Charge $ | $0.00 | Return Receipt $ | $1.85 |
| Postage $ | $4.80 | Restricted Delivery $ | $0.00 |
| Received by | | | |

Customer Must Declare Full Value $ $0.00
☐ With Postal Insurance
☑ Without Postal Insurance

Date Stamp
0160
08 OCT 23 2006
10/23/06

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

**FROM:** U.S. DISTRICT COURT FOR D.C.
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

**TO:** REPUBLIC OF CHINA (TAIWAN)
ATTN: JAMES C.F. HUANG, MINISTER
2 KAITAKELAN BLVD, TAPEI, 100
TAIWAN, R.O.C.

PS Form 3806, February 1995    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)

**RECEIVED**
OCT 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT