UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STRATEGIC TECHNOLOGIES,  )<br>     PTE, LTD.,                              )<br>                                                    )<br>          **Plaintiff,**                       )<br>                                                    )<br>     v.                                          )<br>                                                    )<br>**REPUBLIC OF CHINA (TAIWAN)** )<br>                                                    )<br>          **Defendant.**                   ) | Civil Action No. 05-2311<br>Judge: Rosemary M. Collyer |

## ORDER

The Court has considered the Motion to Dismiss the Amended Complaint filed by the Defendant, Republic of China (Taiwan), the opposition of Plaintiff, Strategic Technologies, Pte, Ltd., and the entire record herein.  The Court finds that it has no subject matter jurisdiction over the case because Plaintiff has not alleged facts establishing an exception to the presumption of sovereign immunity established by 28 U.S.C. §1604 of the Foreign Sovereign Immunities Act, 28 U.S.C. §§1602 et seq. ("FSIA").  For the foregoing reasons, it is hereby

ORDERED, that the case is dismissed for lack of subject matter jurisdiction.

_____                             _____
Date                                                                       Rosemary M. Collyer
                                                                                 United States District Judge