UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STRATEGIC TECHNOLOGIES, PTE, LTD., | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 05-2311 |
| v. | ) ) | Judge: Rosemary M. Collyer |
| REPUBLIC OF CHINA (TAIWAN) | ) ) ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ENLARGEMENT OF TIME AND TO ESTABLISH A JOINT BRIEFING SCHEDULE

Plaintiff Strategic Technologies, PTE, Ltd., ("Plaintiff") and Defendant Republic of China (Taiwan) ("Defendant"), by and through their counsel, respectfully move this Court to approve this Joint Motion and thereby establish a briefing schedule that extends the time for Plaintiff to respond to Defendant's Motion to Dismiss Amended Complaint ("Motion to Dismiss) until December 22, 2006, and Defendant's reply until January 16, 2007. The parties have discussed and consented to this Joint Motion telephonically.

Through this Joint Motion and the supporting Affidavit of Joshua Raynes, Counsel believes they have set forth good cause for establishing an extended briefing schedule to govern the Motion to Dismiss. Among other reasons, the following considerations support this belief:

1. Federal Rule of Civil Procedure 6(b) provides the court with discretion to grant extensions of time on motion – or without motion and notice – if the motion is filed prior to the deadline. Fed. R. Civ. P. 6. When a request for additional time is made

before the expiration of the period originally prescribed, a district court may enlarge the period "for cause shown". Fed R. Civ. P. 6(b)(1). Timely requests for an extension of time are normally granted when made in the absence of bad faith or prejudice to the adverse party. As is true with all of the Federal Rules of Civil Procedure, Rule 6 is to "be construed and administered to secure the just, speedy, and inexpensive determination of every action". *Koehler v. Dodwell*, 200 U.S. App. LEXIS 1213 at **8-9 (4th Cir. 2000) (finding abuse of discretion in failure to grant extension of time to respond to motion to dismiss; citations omitted); See *Ramirez v. District of Columbia*, 2000 U.S. Dist. LEXIS 6146 at *4-5 (D.D.C. 2000) (granted extension when cause was shown, the moving party was not acting in bad faith, and an extension did not prejudice the parties).

    2.    The necessary cause for an extension in this case is demonstrated by:

        a. This action raises complex matters relating to subject matter jurisdiction and sovereign immunity in the context of a judgment recognition proceeding.

        b. The complexities of dealing with international clients make communication with the clients more time-consuming and cumbersome than with purely domestic clients.

        c. The eleven ("11") day time frame for filing a Response includes the Thanksgiving holiday, effectively reducing counsel's time to respond.

        d. Having evaluated the time permitted by the Local Rules, the parties have agreed that such a time frame is inadequate to allow full briefing of the issues raised in this matter.

    e. Given the above considerations, counsel for both parties agree an enlargement of time and the establishment of a jointly agreed to briefing schedule is appropriate and would facilitate the litigation.

Counsel for both sides have conferred and mutually agreed that December 22, 2006 is an acceptable date upon which Plaintiff's Response shall become due, and January 16, 2007 as an acceptable date upon which Defendant's Reply shall become due. This agreement takes into consideration unique circumstances surrounding both Plaintiff and Defense counsel, including the current engagement of primary attorneys for both parties on other matters; such as pre-trial preparations, preparing appellate briefs, and completing briefing and argument on other substantive motions pending in other matters over the next several weeks.

WHEREAS, with the consent of both Plaintiff and Defendant, and reserving all rights and defenses, the parties jointly move this Court to approve this Joint Motion and grant that the time for Plaintiff to respond to Defendant's Motion to Dismiss be extended to December 22, 2006, and Defendant's reply to Plaintiff's response be due on or before January 16, 2007.

DATED: November 17, 2006

                                      Respectfully submitted,

                                      /s/ Timothy Battin
                                      Timothy D. Battin (DC Bar# 436303)
                                      Straus & Boies, LLP
                                      4041 University Dr.
                                      Fairfax, VA 22030
                                      Telephone  (703) 764-8700

Facsimile:  (703) 764-8704
E-mail:     tbattin@straus-boies.com

Of Counsel:

Michael Straus  (NY Bar # 172155)
Mark Schirmer  (TN Bar # 019717)
Straus & Boies, LLP
1130 22nd Street South
Birmingham, AL  35205
Telephone:  (205) 324-3800
Facsimile:   (205) 324-3996

Attorneys for Plaintiff


  /s/ Thomas Corcoran
Thomas G. Corcoran, Jr. (DC Bar # 143693)
Laina C. Wilk (DC Bar # 477412)
Berliner, Corcoran & Rowe, LLP
1101 17th Street, Northwest
Suite 1100
Washington, DC 20036
Telephone: (202) 293-5555
Facsimile:  (202) 293-9035
E-mail:     tgc@bcr-dc.com

Attorneys for Defendant