UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STRATEGIC TECHNOLOGIES,     )
PTE, LTD.,                  )
                            )
        Plaintiff,          )
                            )         Civil Action No. 05-2311
v.                          )         Judge: Rosemary M. Collyer
                            )
REPUBLIC OF CHINA (TAIWAN)  )
                            )
        Defendant.          )

[PROPOSED] ORDER ENLARGING TIME AND
SETTING JOINT BRIEFING SCHEDULE

Upon consideration of the Joint Motion for Enlargement of Time and to Establish

a Joint Briefing Schedule and supporting Affidavit of Joshua Raynes, and under

consideration that such Joint Motion was arrived at with consent of both parties it is

hereby

ORDERED that the Joint Motion is GRANTED, and

It is ORDERED that Plaintiff shall have until December 22, 2006 to file its

response to the Motion to Dismiss filed by Defendant, and

It is further ORDERED that Defendant shall have until January 16, 2007 to file

its reply to the Plaintiff's response to the Motion to Dismiss.

Dated:   November ____, 2006.

_____
The Honorable Rosemary M. Collyer
United States District Judge

5