| Item Description (Nature de l'envoi) | ☒ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail Internationa |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number: RB 243314992 US | | | |

Office of Mailing (Bureau de dépôt): REPUBLIC OF CHINA (TAIWAN)

Date of Posting (Date de dépôt):

Addressee Name or Firm (Nom ou raison sociale du destinataire): ATTN: JAMES C.F. HUANG, MINISTER, MINISTRY OF FOREIGN AFFAIRS

Street and No. (Rue et No.): 2 KAITAKELAN BLVD. TAPEI, 100

Place and Country (Localité et pays): TAIWAN, R.O.C.

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if these regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the next mail.

☐ The Article mentioned above was duly delivered.

Signature of Addressee

Office of Destination Employee Signature

Postmark of the office of destination

PS Form 2865, February 1997 (Reverse)