UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------x
Strategic Technologies, Pte, Ltd.,  :
2 International Business Park,  :
Level 6, Tower 2,  :
Singapore 609930  :
 :
                      Plaintiff,  :
 :      Case No. 1:05cv02311
              v.  :      Judge: Rosemary M. Collyer
Republic of China (Taiwan),  :
Attn: Ching-long Lu, Director General,  :
Ministry of Foreign Affairs  :
2 Kaitakelan Blvd.  :
Tapei, 100,  :
Taiwan, R.O.C.  :
 :
                    Defendant.  :
---------------------------------------------------x

**DECLARATION OF JOSHUA RAYNES
IN SUPPORT OF RESPONSE TO MOTION TO DISMISS**

Joshua Raynes, declares and states as follows:

1. I am an attorney with the law firm of Straus & Boies, LLP, counsel for plaintiff Strategic Technologies, Pte, Ltd in this matter. I submit this Declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss.

2. Attached as Exhibit A is a true and correct copy of Strategic Technologies PTE LTD's contract with the Republic of China, together with an authentication of the contract by Lu-Sheau-chia for the Singapore Courts.

3. Attached hereto as Exhibit B is a copy of the currently in force Treaty of Friendship, Commerce and Navigation between the United States and the ROC.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2006.

_____
Joshua Raynes