UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STRATEGIC TECHNOLOGIES, PTE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> REPUBLIC OF CHINA (TAIWAN), <br><br> Defendant. | Civil Action No. 05-2311 <br> Judge: Rosemary M. Collyer |

**[PROPOSED] ORDER**

Upon consideration of the papers filed by all parties to this action in connection with Defendant Republic of China's Motion to Dismiss Plaintiff's Amended Complaint for Recognition of a Judgment in this action, and upon all the pleadings and proceedings had heretofore in this action, it is hereby:

**ORDERED** that the Defendant's Motion to Dismiss is **DENIED**.

Dated: _____

_____
The Honorable Rosemary M. Collyer
United States District Judge