UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STRATEGIC TECHNOLOGIES PTE, LTD., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-2311 (RMC) |
| REPUBLIC OF CHINA (TAIWAN), | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's motion to dismiss [Dkt. #14] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


Date: May 10, 2007            _____/s/_____
                              ROSEMARY M. COLLYER
                              United States District Judge